**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING EN BANC

Appellate case name:      Kaylen Dewayne Simmons v. The State of Texas

Appellate case numbers:  01-17-00684-CR, 01-17-00685-CR

Trial court case numbers: 11-CR-3445, 12-CR-2519

Trial court:                      212th District Court of Galveston County

       The motion for rehearing en banc is **DENIED**.

Judge's signature: */s/ Richard Hightower*
               Acting for the Court

En banc court consists of: Chief Justice Radack, and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.


Date:  March 5, 2019